UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-5836: 04-5837

Filed: February 27, 2006

GIBSON GUITAR CORP.

    Plaintiff - Appellee

v.

PAUL REED SMITH GUITARS, LIMITED PARTNERSHIP

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 9/12/05 the mandate for this case hereby issues today.

COSTS: $1,692.89

    Total ........$ 1,692.89

***To be recovered by the appellant

A True Copy.

Attest:

Ms. Patricia J. Elder
Senior Case Manager